PENALTY SLIP

DEFENDANT NAME: **WAYDE LYNN KURT**

TOTAL NO. COUNTS:        **2**

VIO:  **18 U.S.C. § 922(g)(1) and 924**
         **Felon in Possession of Firearms and Ammunition (Count 1)**

PENALTY: **CAG not more than 10 years;**
               **and/or $250,000 fine;**
               **3 years supervised release;**
               **a $100 special penalty assessment**

VIO:  **18 U.S.C. § 922(g)(1) and 924**
         **Receipt of Ammunition by a Felon (Count 2)**

PENALTY: **CAG not more than 10 years;**
               **and/or $250,000 fine;**
               **3 years supervised release;**
               **a $100 special penalty assessment**

CASE
NO.    **CR-10-128-WFN-1**
_____

AUSA
INITIAL _____