UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 10-CR-00128-WFN |
| vs. | ) | Order Of Dismissal With Prejudice |
| WAYDE LYNN KURT, | ) | |
| Defendant. | ) | |

Leave of court is granted for the filing of the foregoing dismissal with prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this __24th__ day of January, 2011.

s/ Wm. Fremming Nielsen
Wm. Fremming Nielsen
Senior United States District Judge

Order Of Dismissal With Prejudice - 1
P10121LC.EHC.wpd